SWANSON, as Administrator of the ESTATE OF JOHAN SVENSSON, Alias JOHN LINDQUIST, Appellant, v. LINCOLN COUNTY, et al, Respondents.

(269 N. W. 375.)

(File No. 7927.   Opinion filed October 26, 1936.)

*Henry C. Mundt,* and *W. O. Knight,* both of Sioux Falls, for Appellant.

*Harold Bogue,* of Canton, for Respondents.

PER CURIAM.   This cause is before us on appeal from an order sustaining a demurrer to the complaint.   We are not convinced that the record exhibits prejudicial error, and the order appealed from is affirmed.

All the Judges concur, except RUDOLPH, J., disqualified and not sitting.